RECEIVED
NOV 22 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE CO. | *CIVIL NO. 6: 10-0714 |
| VERSUS | *JUDGE DOHERTY |
| ACE AMERICAN INSURANCE CO. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that Ace's Motion to Transfer [rec. doc. 8] is **GRANTED**, and, accordingly, this action is transferred to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice.

**IT IS FURTHER ORDERED** that Ace's Motions to Dismiss for lack of Personal Jurisdiction and Improper Venue pursuant to F.R.C.P. 12(b)(2) and 12(b)(3), respectively, and Ace's Motion to Transfer pursuant to 28 U.S.C. § 1406, are **DENIED AS MOOT**, since the grant of Ace's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) pretermits any need for the Court to consider those Motions.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22 day of November, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE