RECEIVED

NOV 2 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE CO. | *CIVIL NO. 6: 10-0714 |
| VERSUS | *JUDGE DOHERTY |
| ACE AMERICAN INSURANCE CO. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that Ace's Motion to Dismiss for lack of Personal Jurisdiction and Improper Venue pursuant to F.R.C.P. 12(b)(2) and 12(b)(3), respectively, and Ace's Motion to Transfer pursuant to 28 U.S.C. § 1406 and 1404 [rec. doc. 24], in response to PetroQuest's claims, are **DISMISSED AS MOOT**, since the grant of Ace's previous Motion to Transfer pursuant to 28 U.S.C. § 1404(a) pretermits any need for the Court to consider these Motions.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 22 day of November, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE